Kirk Jae PIERCE, Appellant,

v.

Sally Lynn PIERCE, Respondent.

No. 71427.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 4, 1997.

Joseph R. Aubuchon, Daniel E. Leslie, Union, for appellant.

Daniel J. Briegel, Union, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Kirk Jae Pierce ("Father") appeals from the judgment of the trial court granting primary custody of his minor child to Sally Lynn Pierce ("Mother") and ordering Father to continue to pay child support. Father questions the impartiality of the trial court judge in that the court did not base the order of custody on what would have been in the best interest and welfare of the child. Furthermore, Father claims the court erred and abused its discretion in overruling Father's motion for modification of child support and in finding that Father owed an arrearage in child support. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Gerald GEILER, Appellant,

v.

James SCHLERETH and Anna Schlereth, Respondents.

Nos. 72092, 72141.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 4, 1997.

George B. McElroy, Hillsboro, for appellant.

Mark D. Waldemer, St. Louis, for respondents.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Appellant, Gerald Geiler, filed a petition to set aside a collector's deed issued to James and Anna Schlereth (Respondents). Appellant alleged he had a valid interest in the property and had timely redeemed such property. Respondents filed a Motion to Dismiss alleging, inter alia, Appellant had failed to state a cause of action.

The trial court sustained Respondents' motion and Appellant appealed.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).